**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

James Patrick Smith, Appellant.

Appellate Case No. 2014-000921

———————

Appeal From Spartanburg County
Doyet A. Early, III, Circuit Court Judge

———————

Unpublished Opinion No. 2015-UP-502
Submitted September 1, 2015 – Filed November 4, 2015

———————

**APPEAL DISMISSED**

———————

Appellate Defender Tiffany L. Butler, of Columbia; and
James Patrick Smith, pro se, for Appellant.

Attorney General Alan McCrory Wilson and Senior
Assistant Deputy Attorney General Salley W. Elliott,
both of Columbia, for Respondent.

———————

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**HUFF, WILLIAMS, and THOMAS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.